IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40161
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES EDWARD BUSH, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CR-36-4
- - - - - - - - - -
September 6, 1996

Before KING, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

James Edward Bush, Jr., has appealed his sentence for
possession of cocaine base with intent to distribute it.  Bush is
not entitled to relief on grounds that the district court failed
to comply adequately with Fed. R. Crim. P. 32(c)(1).  See United
States v. Carreon, 11 F.3d 1225, 1231 (5th Cir. 1994).  Nor did
the district court reversibly err in determining the quantity of
cocaine base which was attributable to Bush for sentencing

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

purposes.  See United States v. Rogers, 1 F.3d 341, 342-45 (5th

Cir. 1993).

JUDGMENT AFFIRMED.